Submitted on record and briefs June 2, reversed and remanded July 19, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## KEVIN DOUGLAS McMURPHY,
*Appellant.*

0401-40263; A125619

139 P3d 975

Garrett A. Richardson filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, Robert M. Atkinson, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals a judgment of conviction for carrying a concealed weapon. ORS 166.240. He assigns error to the trial court's denial of his motion to suppress evidence of the weapon. Defendant argues that the evidence was obtained by means of exploitation of an unlawful police stop. The state concedes that, under *State v. Hall*, 339 Or 7, 115 P3d 908 (2005), the trial court erred. We agree and accept the state's concession.

Reversed and remanded.